# EXHIBIT A

Case 1:12-cv-00960-HB-DCF    Document 31-1    Filed 08/22/12    Page 2 of 27

# PRIME HOSPITALITY GROUP

## DEFINING THE KOSHER EXPERIENCE

*"It's haimish and haute at the same time..."* — NY Observer





## Join Our Newsletter!

Receive exclusive updates of upcoming events & promotions.

Email Address:      Join Now

© Prime Hospitality Group

# Prime Hospitality Group

Defining the kosher experience



"a place where glatt is the new ho
—New York Tim



- ○ Home
- ○ About
- ○ Menu
- ○ Gallery
- ○ News & Events
- ○ Contact
- ○ Order Online
- ○ Gift Cards

**About**

**About The Prime Grill**

The Prime Grill was established in 2000 by owner and founder Joey Allaham and is the first restaurant from Prime Hospitality Group. Allaham, a fourth generation butcher from Syria brought his "meat" expertise to the United States in 1993 and began a journey to change the public perception of kosher dining. At The Prime Grill Allaham created an atmosphere suitable for business men, ladies who lunch and patrons looking for a relaxed, elegant atmosphere with delicious inventive comfort food for all types of occasions. As a trained butcher Allaham was able to provide the restaurant with the best quality and finest cuts of meat available and as a business man he was able to understand the needs of his patrons and offer only top quality service with the freshest ingredients possible.

The kitchen at The Prime Grill is spear headed by Executive Chef, David Kolotkin. Chef David Kolotkin alongside Allaham created a menu with classics like Texas Style Rib Eye, Smoked BBQ Short Ribs, Miso Glazed King Salmon, and fresh Sushi. In addition, The Prime Grill is nationally acclaimed for dry aging USDA Prime Steaks on premise. The restaurant features an international wine list and complete bar with exotic drinks. The Prime Grill was voted for the past eight years as New York's number one kosher restaurant by Zagat.

**About Chef David Kolotkin**

Chef David Kolotkin, executive chef of The Prime Grill in New York City, is a passionate, well-experienced, and innovative cook. His mother's delicious home cooked meals and the bonding moments with his father in the kitchen are among his fondest childhood memories. Those years gave him the balance and deep respect for food. The impact was so deep, that he decided to dedicate his life to a career in the culinary arts. Working his way up, Chef David went on to attend The Culinary Institute of America, graduating with the "Most Likely to Succeed" award. During an apprenticeship at the 21 Club, Chef David's talent impressed Chef Michael Lomanaco, who later became his mentor and lifelong friend. He began working for notable restaurants including 21 Club, Butterfiel 81, Patroon, and Windows of the World.

Chef David Kolotkin was introduced to Joey Allaham in the early years of The Prime Grill where he has been creating and perfecting The Prime Grill menu and overall "kosher" experience. Working in the challenging environment of a kosher kitchen, Chef David's creativity and inventive style have given The Prime Grill an internationally renowned status.

- • **Shopping Cart**

  Your shopping cart is empty
  Place an order online now...

- •

- • **Join Our Newsletter!**

  Enter Your Email Address
  and receive exclusive updates of upcoming

- **Give the gift of Prime Grill**

  Prime Hospitality gift cards are a great gift for any occasion and can be redeemed at any of our restaurants: Prime KO, Solo or The Prime Grill. → Read More

- The Prime Grill
  **theprimegrill**

  theprimegrill thank you!! RT @Jordana_Z: @FGlaskin @andrewzimmern for kosher food check out le marais @theprimegrill and tevere
  12 days ago · reply · retweet · favorite

  theprimegrill have you shared our ongoing Chanukkah gift with friends? WIN $1000 TO OUR RESTAURANTS koshertopia.com/giveaway/ @KOSHERTOPIA
  12 days ago · reply · retweet · favorite

  NY_Places @theprimegrill is buzzing: sch.mp/0adZj - RT @Koshertopia Our Chanukah Gift to You - Win $1,000 at the Prime Grill, Solo & Prime ...
  19 days ago · reply · retweet · favorite

  theprimegrill Can't wait to have the winner!Steaks will be xtra special that night

  Join the conversation

© Copyright 2011 Prime Hospitality Group. Our Other Restaurants: Solo • Prime KO • The Prime Grill

Website by JXT Group

"It's haimish and haute at the same tim
—NY Obserᵥ



- ○ Home
- ○ About
- ○ Menu
- ○ Gallery
- ○ News & Events
- ○ Contact
- ○ Order Online
- ○ Gift Cards



**Latest News**



**NBC New York: Scrumptious Holiday Latkes**

Scrumptious Holiday Latkes Siafa Lewis tries an old standard, and few unique twists on a holiday favorite View video at: http://nbcnewyork.com.
→ Read Full Story
→ More News & Events

- ## Shopping Cart

  Your shopping cart is empty
  Place an order online now...

- 

- 

- ## Join Our Newsletter!

  Enter Your Email Address
  and receive exclusive updates of upcoming
  events & promotions in your inbox.

  [                    ] | Join Now

- ## Give the gift of Prime Grill

  Prime Hospitality gift cards are a great gift for any occasion and can be redeemed at any of our restaurants: Prime KO, Solo

The Prime Grill
**theprimegrill**

theprimegrill thank you!! RT @Jordana_Z:
@FGlaskin @andrewzimmern for kosher
food check out le marais @theprimegrill and
tevere
12 days ago · reply · retweet · favorite

theprimegrill have you shared our ongoing
Chanukkah gift with friends? WIN $1000
TO OUR RESTAURANTS http://t.co
/2ZA9i5Gb @KOSHERTOPIA
12 days ago · reply · retweet · favorite

NY_Places @theprimegrill is buzzing:
http://t.co/TVkIQVaK - RT @Koshertopia
Our Chanukah Gift to You - Win $1,000 at
the Prime Grill, Solo & Prime ...
19 days ago · reply · retweet · favorite

theprimegrill Can't wait to have the
winner!Steaks will be xtra special that night
RT @mneuberger: @JoeNBC You should

Join the conversation

© Copyright 2011 Prime Hospitality Group. Our Other Restaurants: Solo • Prime KO • The Prime Grill

Website by JXT Group

"It's haimish and haute at the same tim
—NY Observ

- o [Home](#)
- o [About](#)
- o [Menu](#)
- o [Gallery](#)
- o [News & Events](#)
- o [Contact](#)
- o [Order Online](#)
- o [Gift Cards](#)

Contact

## The Prime Grill

60 East 49 Street
New York, New York 10017
t: 212.692.9292
f: 212.697.3652
info@theprimegrill.com

## Event Director

**Meital Bunker**
Banquet Manager
The Prime Grill / Solo / Prime KO
Work: 212.692.5265
Fax: 646.201.4435
meital@theprimegrill.com



[View Larger Map](#)

- **Shopping Cart**

  Your shopping cart is empty
  [Place an order online now...](#)

- **Join Our Newsletter!**

  Enter Your Email Address
  and receive exclusive updates of upcoming
  events & promotions in your inbox.

  [                    ] [ Join Now ]

- **Give the gift of Prime Grill**

  Prime Hospitality gift cards are a great gift for any occasion and can be redeemed at any of our restaurants: Prime KO, Solo or The Prime Grill. → Read More

The Prime Grill
theprimegrill

theprimegrill thank you!! RT @Jordana_Z:
@FGlaskin @andrewzimmern for kosher
food check out le marais @theprimegrill and
tevere
12 days ago · reply · retweet · favorite

theprimegrill have you shared our ongoing
Chanukkah gift with friends? WIN $1000
TO OUR RESTAURANTS
koshertopia.com/giveaway/
@KOSHERTOPIA
12 days ago · reply · retweet · favorite

NY_Places @theprimegrill is buzzing:
sch.mp/0adZj - RT @Koshertopia Our
Chanukah Gift to You - Win $1,000 at the
Prime Grill, Solo & Prime ...
19 days ago · reply · retweet · favorite

theprimegrill Can't wait to have the
winner!Steaks will be xtra special that night

Join the conversation

© Copyright 2011 Prime Hospitality Group. Our Other Restaurants: Solo • Prime KO • The Prime Grill

Website by JXT Group

"where kosher beckons the cool crowd
—New York Times



- o Home
- o About
- o Menu
- o Gallery
- o News & Events
- o Contact
- o Order Online
- o Gift Cards

**Order Online**



The Prime Grill is nationally acclaimed for dry aging USDA Prime Steaks on premise. The restaurant features an international wine list and complete bar with exotic drinks. The Prime Grill was voted for the past eight years as New York's number one kosher restaurant by Zagat.

**Please Note: Online orders are only available for pickup. Please call the restaurant for holiday operating hours.**

**Checkout »**

## Lunch Menu ⊞

Lunch orders will be processed Monday through Thursday from 12:00pm until 2:30pm. On Friday until 1:00pm. Please allow 45 minutes for preparation.

## Dinner Menu ⊞

Dinner orders will be processed Sunday through Thursday from 5:30pm until 9:30pm. Please allow 45 minutes for preparation.

## Sushi Menu ⊞

## Dessert Menu ⊞

- **Shopping Cart**

   Your shopping cart is empty
   Place an order online now...

- **Join Our Newsletter!**

Enter Your Email Address
and receive exclusive updates of upcoming events & promotions in your inbox.

| Join Now |

- **Give the gift of Prime Grill**

Prime Hospitality gift cards are a great gift for any occasion and can be redeemed at any of our restaurants: Prime KO, Solo or The Prime Grill. → Read More

Case 1:12-cv-00960-HB-DCF    Document 31-1    Filed 08/22/12    Page 11 of 27

- **The Prime Grill**
  **theprimegrill**

theprimegrill thank you!! RT @Jordana_Z:
@FGlaskin @andrewzimmern for kosher
food check out le marais @theprimegrill and
tevere
12 days ago · reply · retweet · favorite

theprimegrill have you shared our ongoing
Chanukkah gift with friends? WIN $1000
TO OUR RESTAURANTS
koshertopia.com/giveaway/
@KOSHERTOPIA
12 days ago · reply · retweet · favorite

NY_Places @theprimegrill is buzzing:
sch.mp/0adZj - RT @Koshertopia Our
Chanukah Gift to You - Win $1,000 at the
Prime Grill, Solo & Prime ...
19 days ago · reply · retweet · favorite

theprimegrill Can't wait to have the
winner!Steaks will be xtra special that night

Join the conversation

© Copyright 2011 Prime Hospitality Group. Our Other Restaurants: Solo • Prime KO • The Prime Grill

Website by JXT Group

"where kosher beckons the cool crow
—New York Tim

o Home
o About
o Menu
o Gallery
o News & Events
o Contact
o Order Online
o Gift Cards

**Gift Cards**



Prime Hospitality gift cards are a great gift for any occasion and can be redeemed
at any of our restaurants: Prime KO, Solo or The Prime Grill.

**Checkout »**

## Prime Hospitality Gift Cards

| | | | |
|---|---|---|---|
| **$50 Gift Card** | $50.00 Quantity: 1 | Add To Cart | |
| **$100 Gift Card** | $100.00 Quantity: 1 | Add To Cart | |
| **$150 Gift Card** | $150.00 Quantity: 1 | Add To Cart | |
| **$200 Gift Card** | $200.00 Quantity: 1 | Add To Cart | |
| **$250 Gift Card** | $250.00 Quantity: 1 | Add To Cart | |
| **$500 Gift Card** | $500.00 Quantity: 1 | Add To Cart | |

- **Shopping Cart**

    Your shopping cart is empty
    Place an order online now...

- 

- **Join Our Newsletter!**

    Enter Your Email Address
    and receive exclusive updates of upcoming
    events & promotions in your inbox.

    Join Now

- **Give the gift of Prime Grill**

    Prime Hospitality gift cards are a great gift for any occasion and can be redeemed at any of our restaurants: Prime KO, Solo
    or The Prime Grill. → Read More

- The Prime Grill
  **theprimegrill**

theprimegrill thank you!! RT @Jordana_Z:
@FGlaskin @andrewzimmern for kosher
food check out le marais @theprimegrill and
tevere
12 days ago · reply · retweet · favorite

theprimegrill have you shared our ongoing
Chanukkah gift with friends? WIN $1000
TO OUR RESTAURANTS
koshertopia.com/giveaway/
@KOSHERTOPIA
12 days ago · reply · retweet · favorite

NY_Places @theprimegrill is buzzing:
sch.mp/0adZj - RT @Koshertopia Our
Chanukah Gift to You - Win $1,000 at the
Prime Grill, Solo & Prime ...
19 days ago · reply · retweet · favorite

theprimegrill Can't wait to have the
winner!Steaks will be xtra special that night

Join the conversation

© Copyright 2011 Prime Hospitality Group. Our Other Restaurants: Solo • Prime KO • The Prime Grill

Website by JXT Group

"This Asian-accented Mediterranean restaurant takes kosher cooking to bold new heights
—New York Magazi

**Sòlo**
New American Cuisine

- o Home
- o About
- o Menu
- o Gallery
- o News & Events
- o Contact
- o Order Online
- o Gift Cards



**Latest News**



**A Chance to Win Big!**

→ Read Full Story
→ More News & Events

- **Shopping Cart**

  Your shopping cart is empty
  Place an order online now...

- 

- 

- **Join Our Newsletter!**

  Enter Your Email Address
  and receive exclusive updates of upcoming
  events & promotions in your inbox.

  [                    ] | Join Now

- **Give the gift of Solo**

  Prime Hospitality gift cards are a great gift for any occasion and can be redeemed at any of our restaurants: Prime KO, Solo
  or The Prime Grill. → Read More

- Solo Restaurant
  **SoloRestaurant**

SoloRestaurant thank you!! RT
@Jordana_Z: @FGlaskin @andrewzimmern
for kosher food check out le marais
@theprimegrill and tevere
12 days ago · reply · retweet · favorite

SoloRestaurant spread the word $1000 gift
card give away - refer a friend at
koshertopia.com/giveaway/ @kosherdotcom
@PrimeKOny @theprimegrill
@SoloRestaurant
12 days ago · reply · retweet · favorite

PrimeKOny @Koshertopia @theprimegrill
@PrimeKOny @SoloRestaurant CHANCE TO
WIN BIG - refer a friend for a $1000 gift
card koshertopia.com/giveaway/
12 days ago · reply · retweet · favorite

SoloRestaurant Can't wait to have the
winner!Steaks will be xtra special that night

Join the conversation

© Copyright 2011 Prime Hospitality Group. Our Other Restaurants: Solo · Prime KO · The Prime Grill

Website by JXT Group

"This Asian-accented Mediterranean restaurant takes kosher cooking to bold new heights
—New York Magazi



**New American Cuisine**

- o Home
- o About
- o Menu
- o Gallery
- o News & Events
- o Contact
- o Order Online
- o Gift Cards

About

Solo restaurant is the second restaurant from Prime Hospitality Group and opened in June 2004.

The cuisine of Solo features a unique alchemy of exotic New American fare accented by hints of Mediterranean and Asian flavors.

The main dining room at Solo has integrated into its design modular partitioning permitting various private seating configurations for all manners of business and private functions. Inbuilt are plasma monitors with computer and DVD connectivity allowing for a mix of presentation needs.

The most exciting feature of Solo however, is the exclusive club room; a private dining room with a seating capacity of up to 16, physically and visually connected to the kitchen allowing you to dine with the chef. It is here that members will relinquish a traditional menu for a more daring romp with the creative genius of our chef.

- **Shopping Cart**

  Your shopping cart is empty
  Place an order online now...

-

- **Join Our Newsletter!**

  Enter Your Email Address
  and receive exclusive updates of upcoming
  events & promotions in your inbox.

  [                    ]  Join Now

- **Give the gift of Solo**

  Prime Hospitality gift cards are a great gift for any occasion and can be redeemed at any of our restaurants: Prime KO, Solo or The Prime Grill. → Read More

- Solo Restaurant
  SoloRestaurant

SoloRestaurant thank you!! RT
@Jordana_Z: @FGlaskin @andrewzimmern
for kosher food check out le marais
@theprimegrill and tevere
12 days ago · reply · retweet · favorite

SoloRestaurant spread the word $1000 gift
card give away - refer a friend at
koshertopia.com/giveaway/ @kosherdotcom
@PrimeKOny @theprimegrill
@SoloRestaurant
12 days ago · reply · retweet · favorite

PrimeKOny @Koshertopia @theprimegrill
@PrimeKOny @SoloRestaurant CHANCE TO
WIN BIG - refer a friend for a $1000 gift
card koshertopia.com/giveaway/
12 days ago · reply · retweet · favorite

SoloRestaurant Can't wait to have the
winner!Steaks will be xtra special that night

Join the conversation

© Copyright 2011 Prime Hospitality Group. Our Other Restaurants: Solo • Prime KO • The Prime Grill

Website by JXT Group

"This Asian-accented Mediterranean restaurant takes kosher cooking to bold new heights
—New York Magazi

# Sòlo

### New American Cuisine

- Home
- About
- Menu
- Gallery
- News & Events
- Contact
- Order Online
- Gift Cards

Contact

## Solo

**Sony Atrium**
550 Madison Avenue
New York, New York 10022
t: 212.833.7800
f: 212.833.7878
info@solonyc.com

## Event Director

**Meital Bunker**
Banquet Manager
The Prime Grill / Solo / Prime KO
Work: 212.692.5265
Fax: 646.201.4435
meital@theprimegrill.com



View Larger Map

- ·

## • Shopping Cart

Your shopping cart is empty
Place an order online now...

- ·
- ·

## • Join Our Newsletter!

Enter Your Email Address
and receive exclusive updates of upcoming
events & promotions in your inbox.

[                    ] Join Now

## • Give the gift of Solo

Prime Hospitality gift cards are a great gift for any occasion and can be redeemed at any of our restaurants: Prime KO, Solo or The Prime Grill. → Read More

- Solo Restaurant
  SoloRestaurant

SoloRestaurant thank you!! RT
@Jordana_Z: @FGlaskin @andrewzimmem
for kosher food check out le marais
@theprimegrill and tevere
12 days ago · reply · retweet · favorite

SoloRestaurant spread the word $1000 gift
card give away - refer a friend at
koshertopia.com/giveaway/ @kosherdotcom
@PrimeKOny @theprimegrill
@SoloRestaurant
12 days ago · reply · retweet · favorite

PrimeKOny @Koshertopia @theprimegrill
@PrimeKOny @SoloRestaurant CHANCE TO
WIN BIG - refer a friend for a $1000 gift
card koshertopia.com/giveaway/
12 days ago · reply · retweet · favorite

SoloRestaurant Can't wait to have the
winner!Steaks will be xtra special that night

Join the conversation

© Copyright 2011 Prime Hospitality Group. Our Other Restaurants: Solo • Prime KO • The Prime Grill

Website by JXT Group

"Since opening in 2005, Solo has become one of the City's finest restaurants and has garnered praise fro
critics, celebrities and diners alike
—Village Voi

## SOLO
### New American Cuisine

- Home
- About
- Menu
- Gallery
- News & Events
- Contact
- Order Online
- Gift Cards

**Order Online**

The cuisine of Solo features a unique alchemy of exotic New American fare accented by hints of
Mediterranean and Asian flavors.
**Please Note: Online orders are only available for pickup. Please call the restaurant for holiday
operating hours.**

**Checkout »**

## Lunch Menu ⊞

Lunch orders will be processed Monday through Thursday from 12:00pm until 2:30pm. On Friday until 1:00pm. Please allow 45
minutes for preparation.

## Dinner Menu ⊞

Dinner orders will be processed Sunday through Thursday from 5:30pm until 9:30pm. Please allow 45 minutes for preparation.

## Dessert Menu ⊞

- **Shopping Cart**

  Your shopping cart is empty
  Place an order online now...

- **Join Our Newsletter!**

  Enter Your Email Address
  and receive exclusive updates of upcoming
  events & promotions in your inbox.

  [        ]  Join Now

- **Give the gift of Solo**

  Prime Hospitality gift cards are a great gift for any occasion and can be redeemed at any of our restaurants: Prime KO, Solo
  or The Prime Grill. → Read More

- SoloRestaurant
  **SoloRestaurant**

SoloRestaurant thank you!! RT
@Jordana_Z: @FGlaskin @andrewzimmern
for kosher food check out le marais
@theprimegrill and tevere
12 days ago · reply · retweet · favorite

SoloRestaurant spread the word $1000 gift
card give away - refer a friend at
koshertopia.com/giveaway/ @kosherdotcom
@PrimeKOny @theprimegrill
@SoloRestaurant
12 days ago · reply · retweet · favorite

PrimeKOny @Koshertopia @theprimegrill
@PrimeKOny @SoloRestaurant CHANCE TO
WIN BIG - refer a friend for a $1000 gift
card koshertopia.com/giveaway/
12 days ago · reply · retweet · favorite

SoloRestaurant Can't wait to have the
winner!Steaks will be xtra special that night

Join the conversation

© Copyright 2011 Prime Hospitality Group. Our Other Restaurants: Solo • Prime KO • The Prime Grill

Website by JXT Group

"A new Japanese steakhouse and sushi place where Kosher aspires to co
—New York Tir.

P K

- o Home
- o About
- o Menu
- o Gallery
- o News & Events
- o Contact
- o Order Online
- o Gift Cards



**Latest News**



**A Chance to Win Big!**

→ Read Full Story
→ More News & Events

- **Shopping Cart**

  Your shopping cart is empty
  Place an order online now...

-

-

- **Join Our Newsletter!**

  Enter Your Email Address
  and receive exclusive updates of upcoming
  events & promotions in your inbox.

  [              ]  Join Now

- **Give the gift of Prime KO**

  Prime Hospitality gift cards are a great gift for any occasion and can be redeemed at any of our restaurants: Prime KO, Solo or The Prime Grill. → Read More

"A new Japanese steakhouse and sushi place where Kosher aspires to co
—New York Tir.

- PrimeKOny

PrimeKOny thank you!! RT @Jordana_Z: @FGlaskin @andrewzimmern for kosher food check out le marais @theprimegrill and tevere

12 days ago · reply · retweet · favorite

PrimeKOny @Koshertopia @theprimegrill @PrimeKOny @SoloRestaurant CHANCE TO WIN BIG - refer a friend for a $1000 gift card koshertopia.com/giveaway/

12 days ago · reply · retweet · favorite

theprimegrill have you shared our ongoing Chanukkah gift with friends? WIN $1000 TO OUR RESTAURANTS koshertopia.com/giveaway/ @KOSHERTOPIA

12 days ago · reply · retweet · favorite

PrimeKOny How was your birthday dinner!? RT @MotiAnkari: Birthday festivities part 2.

Join the conversation

© Copyright 2011 Prime Hospitality Group. Our Other Restaurants: Solo • Prime KO • The Prime Grill

Website by JXT Group

"...this is our grub, certain things go together, like peanut butter and jelly and Japanese steak house and polinesian dietary favs. Oh yeah they do
Prime I
—Thri



- Home
- About
- Menu
- Gallery
- News & Events
- Contact
- Order Online
- Gift Cards

About

## About Prime KO



Prime KO located on the Upper West Side is the third New York City restaurant from Prime Hospitality Group, which owns The Prime Grill and Solo restaurants. Prime KO is a Japanese steakhouse that blends modern and authentic cuisines from Executive Chef Makoto Kameyama's native Japan offering delectable steaks with an Asian twist and highlighting distinct flavors from the region.

The Chef hand picks the freshest fish from the market daily and only serves USDA Prime cuts of meat, following in the footsteps of its sister restaurant The Prime Grill. Prime KO serves classics like Sukiyaki and Shabu Shabu and more modern dishes like Buffalo Chicken and Red Snapper.

The two story restaurant designed by architect Warren Ashworth blends comfort with chic dining; defining it as a true neighborhood restaurant. The upstairs seats 66 people and offers a fine dining, yet comfortable experience, while downstairs one can find a bar, lounge, sushi bar and dining options that seat up to 100 people. In addition, the downstairs boasts great music and a DJ on many nights.

As with the menu, the design is strongly influenced by Japan and has an almost musical rhythm established by vertical bands of wood in intricate patterns that create an interplay of light and shadow. In counterpoint to these are broad warm white walls of Venetian plaster. The dark, richly upholstered furniture with occasional splashes of color and dramatic accents complete the harmony of the various rooms. The lighting, designed by Steven Katz, envelopes this composition with a warm glow.

Prime KO feels comfortable and casual, but at the same time carries a grace and elegance that is rare on the Upper West Side. Its timeless feel will make this a destination for fine dining for years to come.

## About the Chef



Chef Makoto Kameyama brings his authentic and modern style of cooking to Prime KO with classic dishes like Gyu Kakuni and Prime Rib Eye Negimaki. Born in Tokyo, Japan in 1961 Chef Kameyama comes from a family of sushi chefs. Unlike most sushi chefs who are trained in America, Chef Kameyama studied authentic Edo-Mae Sushi (Tokyo style sushi) in Japan, which he brings to his style of sushi served at Prime KO.

- ▬▬▬▬▬▬

- ## Shopping Cart

  Your shopping cart is empty
  Place an order online now...

- ▬▬▬▬▬▬

- 

- ## Join Our Newsletter!

  Enter Your Email Address

and receive exclusive updates of upcoming events & promotions in your inbox

Join Now

- ## Give the gift of Prime KO

Prime Hospitality gift cards are a great gift for any occasion and can be redeemed at any of our restaurants: Prime KO, Solo or The Prime Grill. → Read More

- PrimeKO
  **PrimeKOny**

  PrimeKOny thank you!! RT @Jordana_Z: @FGlaskin @andrewzimmern for kosher food check out le marais @theprimegrill and tevere
  12 days ago · reply · retweet · favorite

  PrimeKOny @Koshertopia @theprimegrill @PrimeKOny @SoloRestaurant CHANCE TO WIN BIG - refer a friend for a $1000 gift card koshertopia.com/giveaway/
  12 days ago · reply · retweet · favorite

  theprimegrill have you shared our ongoing Chanukkah gift with friends? WIN $1000 TO OUR RESTAURANTS koshertopia.com/giveaway/ @KOSHERTOPIA
  12 days ago · reply · retweet · favorite

  PrimeKOny How was your birthday dinner!? RT @MotiAnkari: Birthday festivities part 2.

  Join the conversation

© Copyright 2011 Prime Hospitality Group. Our Other Restaurants: Solo • Prime KO • The Prime Grill

Website by JXT Group

 

- ○ Home
- ○ About
- ○ Menu
- ○ Gallery
- ○ News & Events
- ○ Contact
- ○ Order Online
- ○ Gift Cards

Contact

## Prime KO

217 West 85th Street
New York, NY 10024
t: 212.496.1888
info@primekony.com

## Event Director

**Meital Bunker**
Banquet Manager
The Prime Grill
Solo
Prime KO
Work: 212.692.5265
Fax: 646.201.4435
meital@theprimegrill.com



View Larger Map

## Restaurant Hours

Monday – Thursday 5:30 – 11:00
Saturday 1 1/2 hours after Sundown – 11:30
Friday Nights – Open for pre paid Shabbat meals please email shabbatclub@primekony.com for more information.

•  ▬▬▬▬▬▬▬▬▬▬

- **Shopping Cart**

  Your shopping cart is empty
  Place an order online now...

•  ▬▬▬▬▬▬▬▬▬▬

- 
- **Join Our Newsletter!**

  Enter Your Email Address
  and receive exclusive updates of upcoming
  events & promotions in your inbox.

  [            ]  Join Now

- **Give the gift of Prime KO**

  Prime Hospitality gift cards are a great gift for any occasion and can be redeemed at any of our restaurants: Prime KO, Solo or The Prime Grill. → Read More

- **PrimeKO**
  **PrimeKOny**

PrimeKOny thank you!! RT @Jordana_Z:
@FGlaskin @andrewzimmern for kosher
food check out le marais @theprimegrill and
tevere
12 days ago · reply · retweet · favorite

PrimeKOny @Koshertopia @theprimegrill
@PrimeKOny @SoloRestaurant CHANCE TO
WIN BIG - refer a friend for a $1000 gift
card koshertopia.com/giveaway/
12 days ago · reply · retweet · favorite

theprimegrill have you shared our ongoing
Chanukkah gift with friends? WIN $1000
TO OUR RESTAURANTS
koshertopia.com/giveaway/
@KOSHERTOPIA
12 days ago · reply · retweet · favorite

PrimeKOny How was your birthday dinner!?
RT @MotiAnkari: Birthday festivities part 2.

Join the conversation

© Copyright 2011 Prime Hospitality Group. Our Other Restaurants: Solo • Prime KO • The Prime Grill

Website by JXT Group