# EXHIBIT B



Welcome to BB Prime, Glatt Kosher Butcher & Bakery

My Account    Blog    My Wishlist    My Cart    Checkout    Log In

Search entire store here...

MEAT    CHARCUTERIE    SEAFOOD    DAIRY    PREPARED FOODS    BAKERY    DRY GOODS    GIFTS

CATERING    CONTACT US

Home / About BB Prime

## About BB Prime

### Prime Butcher Baker

Opened in February 2012, Prime Butcher Baker is the fourth location from Prime Hospitality Group owner Joey Allaham. The kosher gourmet food shop, located at 1572 Second Avenue offers a full service butcher, bakery, specialty dry goods and a wide assortment of prepared foods from Chefs David Kolotkin and Souad Nigri. BB Prime was designed by international architect Aki Miyazono and features a sleek, yet comfortable interior. The store features natural stones and wood paneling and a display window with our specialty dry aged meats. Once you enter the store you are immediately drawn to the aromas of the bakery tucked away in the back of the store.



Prime Butcher Baker features a private dining table every night where guests get the opportunity to dine personally with the chef. Order for pickup and delivery throughout Manhattan every day except Saturday.

Prime Butcher Baker is under the strict Rabbinic Certifcation of the Orthodox Union.

Contact us for more information.

| INFORMATION | SUPPORT CENTER | BROWSE BY CATEGORY | NEWSLETTER |
|---|---|---|---|
| Home Page | Contact Us | | Sign Up for Our Newsletter: |
| About Us | Your Account | Meat | |
| Blog | Your Wishlist | Seafood | SOCIAL NETWORKING |
| Press | Returns | Charcuterie | |
| Catering | Terms & Conditions | Prepared Foods | Youtube          Facebook |
| Contact Us | Privacy Policy | Gift Baskets | Twitter          Google+ |
| | | Bakery | Pinterest          Stumble |

© Prime Butcher Baker - Website by JXT Group

Site Map    Search Terms    Advanced Search    Orders and Returns    Contact Us    RSS

of 1                                                                                          7/24/2012 3:50 PM



Updated: Mon., May. 30, 2011, 2:55 AM

# Prime Ko bakes plan for Upper East Side

By JENNIFER GOULD KEIL

Last Updated: 2:55 AM, May 30, 2011
Posted: 10:32 PM, May 29, 2011

Now that Prime Hospitality Group's Upper West Side Japanese steak house Prime Ko is primed for summer with its outdoor patio, PHG is gearing up plans for the Upper East Side.

The group, which also owns Prime Grill and Solo, has signed a lease to open an ambitious kosher bakery and butchery. The location will be about 2,500 square feet, plus a basement, on Second Avenue between 81st and 82nd streets.

"Right now there is no full-time kosher bakery in Manhattan. It's a niche market," said Steven Traube, the company's director of operations.

He added that although PHG is known for its meats, they are also going to expand and come up with their own branded line from prepared foods to sauces and frozen travel meals.

They will start with their own barbecue sauce. Soup and veal stocks are next on the menu.

"It won't be one-stop shopping, like a supermarket, but we hope to have a lot of products," said Marissa Rosenberg, PHG's marketing director.

The butcher/bakery shop -- which does not yet have a name -- will also carry a line of frozen food based on some of its restaurant specialties, like vegetarian and duck spring rolls, dumplings, and Moroccan specialties, Rosenberg said.

They are also considering putting in some seating -- a counter and some tables in the bakery, and some tables by the meats displayed in the butchery, so patrons can nosh on the gourmet-style brisket and other meat sandwiches they order from the counter.

NEW YORK POST is a registered trademark of NYP Holdings, Inc.
NYPOST.COM , NYPOSTONLINE.COM , and NEWYORKPOST.COM are trademarks of NYP Holdings, Inc.
Copyright 2011 NYP Holdings, Inc. All rights reserved. Privacy | Terms of Use