# EXHIBIT C

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Jul 24 05:20:45 EDT 2012

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start List At:        OR  Jump  to record:        **Record 2 out of 2**

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

# PRIME GRILL KO

| | |
|---|---|
| **Word Mark** | **PRIME** GRILL **KO** |
| **Goods and Services** | IC 043. US 100 101. G & S: BAR AND RESTAURANT SERVICES. FIRST USE: 20100400. FIRST USE IN COMMERCE: 20100400 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 76701546 |
| **Filing Date** | February 12, 2010 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 13, 2010 |
| **Registration Number** | 3966528 |
| **Registration Date** | May 24, 2011 |
| **Owner** | (REGISTRANT) E&D, L.L.C. LIMITED LIABILITY COMPANY NEW YORK 60 East 4 9th Street New York NEW YORK 10017 |
| **Attorney of Record** | Ezra Sutton |
| **Prior Registrations** | 2806472 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GRILL" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

7/24/2012 3:30 PM