# EXHIBIT D

## Dine on Delicious Fish During the Nine Days

Hide Details
FROM:

- Prime Hospitality Group

TO:

- leec_ny@yahoo.com

Message flagged
Sunday, July 22, 2012 11:23 AM



Click to view this email in a browser



Hi Valued Customer,

We invite you to visit our locations and enjoy our special menu for the *Nine Days*.

We will be offering many fresh rare fish options and a wide variety of delicious sushi designed by our chef Makoto Kameyama. Our exclusive fish selection will be arriving

designed by our chef Makoto Kameyama. Our exclusive fish selection will be arriving straight from Japan and the Mediterranean.

Our team of chefs have created exciting and delectable menu items only being offered at this time. Don't miss out!

Highlights include:
Wild White Salmon, Copper River Salmon, Sockeye Salmon
Blue Fin Tuna
Mediterranean Snapper, Branzino
Fresh Dover Sole from Holland
Turbot from Greece

And Much More...

Our Butcher counter will remain open throughout the Nine Days
Visit us at

**Prime Butcher Baker**
1572 Second Avenue
New York, New York 10028
212.616.1502
@BBPRIME

The Prime Grill
60 East 49th Street
New York, New York 10017
212.692.9292
@theprimegrill

Solo
550 Madison Avenue
New York, New York 10022
212.833.7800
@solorestaurant

Prime KO
217 West 85th Street
New York, New York 10024
212.496.1888
@primekony

If you no longer wish to receive these emails, please reply to this message with "Unsubscribe" in the subject line or simply click on the following link: Unsubscribe

Prime Hospitality Group
424 Madison Av
New York, New York 10017
US

Read the VerticalResponse marketing policy.

Reply to Prime Hospitality Group